IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                          No. 2:98-cv-122-DPM

DOROTHY M. TAYLOR, spouse of
Phillip L. Taylor, deceased; PHILLIP L.
TAYLOR, JR., and his spouse, if any, as
adult heir of Phillip L. Taylor, deceased;
JACQUELINE D. TAYLOR PROWELL, as
adult heir of Phillip L. Taylor, deceased;
CALVIN PROWELL, her spouse, as adult
heir of Phillip L. Taylor, deceased;
LEVERIA TAYLOR BARBER, as adult
heir of Phillip L. Taylor, deceased;
DEWAYNE BARBER, her spouse, as adult
heir of Phillip L. Taylor, deceased; and
COX BROTHERS PARTNERSHIP                                     DEFENDANTS

ORDER

This old case was recently reassigned to my docket. Should it be closed? Joint status report due by 25 April 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025