IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        No. 2:98-cv-122-DPM

DOROTHY M. TAYLOR, spouse of
Phillip L. Taylor, deceased; PHILLIP L.
TAYLOR, JR., and his spouse, if any, as
adult heir of Phillip L. Taylor, deceased;
JACQUELINE D. TAYLOR PROWELL, as
adult heir of Phillip L. Taylor, deceased;
CALVIN PROWELL, her spouse, as adult
heir of Phillip L. Taylor, deceased;
LEVERIA TAYLOR BARBER, as adult
heir of Phillip L. Taylor, deceased;
DEWAYNE BARBER, her spouse, as adult
heir of Phillip L. Taylor, deceased; and
COX BROTHERS PARTNERSHIP                                    DEFENDANTS

ORDER

Joint status report, *Doc. 39*, noted and appreciated. The Court directs the Clerk to close this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2025